Robert M. Fineman (SBN 188211)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415 957 3000
Fax:            415 957 3001
E-mail:rmfineman@duanemorris.com
          cpfoote@duanemorris.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, U.S. BANK
HOME MORTGAGE, and
FEDERAL HOME LOAN MORTGAGE CORP.

Thomas D. Reid (SBN 237917)
Happe Reid, PC
9722 Fair Oaks Blvd, Ste D
Fair Oaks, CA 95628
916-436-5204
Fax: 916-436-5208
Email: thomas.reid@happelaw.com

Attorneys for Plaintiff
ANDREW J. VISTICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VISTICA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE and Does 1 - 20, inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-02935-JAM-AC<br><br>**STIPULATION AND ORDER CONTINUING RESPONSIVE PLEADING DEADLINE**<br><br>Judge:            Hon. John A. Mendez<br>Complaint Filed:  December 5, 2012 |

## STIPULATION

WHEREAS, plaintiff served Defendants U.S. Bank National Association and U.S. Bank

Home Mortgage (collectively "U.S. Bank") with the summons and complaint on

1  December 14, 2012;

2  WHEREAS, U.S. Bank's responsive pleading due date originally was January 4, 2012;

3  WHEREAS, Plaintiff and U.S. Bank have stipulated to continue U.S. Bank's responsive pleading deadline to February 8, 2013;

5  WHEREAS, counsel for U.S. Bank is also representing Defendant Federal Home Loan Mortgage Corp. ("FHLMC"), and whereas all parties wish to set the same responsive pleading deadline for all Defendants;

8  WHEREAS, there have been no previous continuances;

9  IT IS SO STIPULATED that the responsive pleading deadline for all Defendants shall be February 8, 2013.

Dated: January 15, 2013         **DUANE MORRIS LLP**

By: */s/ Christian P. Foote*
    Robert M. Fineman
    Christian P. Foote

Attorneys for Defendants
FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE

Dated: January 15, 2013         **HAPPE REID, PC**

By: */s/ Thomas D. Reid*
    Thomas D. Reid

Attorneys for Plaintiff
ANDREW VISTICA

**ORDER**

Pursuant to stipulation, and good cause appearing therefore, the responsive pleading deadline for U.S. Bank National Association, U.S. Bank Home Mortgage, and Federal Home Loan Mortgage Corporation is February 8, 2013.

IT IS SO ORDERED.


Date: 1/15/2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge