Robert M. Fineman (SBN 188211)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415 957 3000
Fax:       415 957 3001
E-mail:rmfineman@duanemorris.com
       cpfoote@duanemorris.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, U.S. BANK
HOME MORTGAGE, and
FEDERAL HOME LOAN MORTGAGE CORP.


Thomas D. Reid (SBN 237917)
Happe Reid, PC
9722 Fair Oaks Blvd, Ste D
Fair Oaks, CA 95628
916-436-5204
Fax: 916-436-5208
Email: thomas.reid@happelaw.com

Attorneys for Plaintiff
ANDREW J. VISTICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VISTICA, an individual, | Case No.: 2:12-cv-02935-JAM-AC |
| Plaintiff, | **SECOND STIPULATION AND ORDER CONTINUING RESPONSIVE PLEADING DEADLINE** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE and Does 1 - 20, inclusive, | Judge: Hon. John A. Mendez<br>Complaint Filed: December 5, 2012 |
| Defendants. | |

## STIPULATION

WHEREAS, plaintiff served Defendants U.S. Bank National Association and U.S. Bank

Home Mortgage (collectively "U.S. Bank") with the summons and complaint on

December 14, 2012;

WHEREAS, U.S. Bank's responsive pleading due date originally was January 4, 2012;

WHEREAS, Plaintiff and U.S. Bank and FHLMC previously had stipulated to continue defendants' responsive pleading deadline to February 8, 2013;

WHEREAS, the parties wish to extend the deadline for both U.S. Bank and FHLMC to answer the complaint;

WHEREAS, there has been one previous continuance, but this stipulated continuance will not affect any deadlines set by the Court;

IT IS SO STIPULATED that the deadline for all Defendants to answer the complaint shall be February 22, 2013.

Dated: February 8, 2013            **DUANE MORRIS LLP**

By: */s/ Christian Foote*
Robert M. Fineman
Christian Foote

Attorneys for Defendants
FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE

Dated: February 7, 2013            **HAPPE REID, PC**

By: */s/ Thomas D. Reid*
Thomas D. Reid

Attorneys for Plaintiff
ANDREW VISTICA

**ORDER**

Pursuant to stipulation, and good cause appearing therefore, the responsive pleading deadline for U.S. Bank National Association, U.S. Bank Home Mortgage, and Federal Home Loan Mortgage Corporation to answer the complaint is February 22, 2013.

SO ORDERED.

Date:  2/11/2013

/s/ John A. Mendez
U. S. District Court Judge