Robert M. Fineman (SBN 188211)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415 957 3000
Fax:          415 957 3001
E-mail: rmfineman@duanemorris.com
         cpfoote@duanemorris.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE, and
FEDERAL HOME LOAN MORTGAGE CORP.

Thomas D. Reid (SBN 237917)
Happe Reid, PC
9722 Fair Oaks Blvd, Ste D
Fair Oaks, CA 95628
916-436-5204
Fax: 916-436-5208
Email: thomas.reid@happelaw.com

Attorneys for Plaintiff
ANDREW J. VISTICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VISTICA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE and Does 1 - 20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02935-JAM-AC<br><br>**SECOND STIPULATION AND ORDER CONTINUING RESPONSIVE PLEADING DEADLINE**<br><br>Judge:               Hon. John A. Mendez<br>Complaint Filed:  December 5, 2012 |

## STIPULATION

WHEREAS, plaintiff served Defendants U.S. Bank National Association and U.S. Bank Home Mortgage (collectively "U.S. Bank") with the summons and complaint on

1  December 14, 2012;

2  WHEREAS, U.S. Bank's responsive pleading due date originally was January 4, 2012;

3  WHEREAS, Plaintiff and U.S. Bank and FHLMC previously had stipulated to continue
4  defendants' responsive pleading deadline to February 8, 2013;

5  WHEREAS, the parties wish to extend the deadline for both U.S. Bank and FHLMC to
6  answer the complaint;

7  WHEREAS, there has been one previous continuance, but this stipulated continuance will
8  not affect any deadlines set by the Court;

9  IT IS SO STIPULATED that the deadline for all Defendants to answer the complaint shall be
10  February 22, 2013.

13  Dated: February 8, 2013               **DUANE MORRIS LLP**

15                                        By:*/s/ Christian Foote*
                                          Robert M. Fineman
                                          Christian Foote

17                                        Attorneys for Defendants
                                          FEDERAL HOME LOAN MORTGAGE
                                          CORPORATION, U.S. BANK NATIONAL
18                                        ASSOCIATION, U.S. BANK HOME
                                          MORTGAGE

21  Dated: February 7, 2013               **HAPPE REID, PC**

23                                        By:*/s/ Thomas D. Reid*
                                          Thomas D. Reid

24                                        Attorneys for Plaintiff
                                          ANDREW VISTICA

**ORDER**

Pursuant to stipulation, and good cause appearing therefore, the responsive pleading deadline for U.S. Bank National Association, U.S. Bank Home Mortgage, and Federal Home Loan Mortgage Corporation to answer the complaint is February 22, 2013.

SO ORDERED.

Date:  2/11/2013

/s/ John A. Mendez
U. S. District Court Judge