Thomas D. Reid (SBN 237917)
**HAPPE REID, PC**
9700 Fair Oaks Blvd, Ste C
Fair Oaks, CA 95628
916-436-5204
Fax: 916-436-5208
Email: thomas.reid@happelaw.com

Attorneys for Plaintiff
ANDREW J. VISTICA

Robert M. Fineman (SBN 188211)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:   415 957 3000
Fax:             415 957 3001
E-mail:rmfineman@duanemorris.com
          cpfoote@duanemorris.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE, and FEDERAL HOME LOAN MORTGAGE CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VISTICA, an individual, | Case No.: 2:12-cv-02935-JAM-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE and Does 1 - 20, inclusive, | Judge:               Hon. John A. Mendez<br>Complaint Filed:   December 5, 2012 |
| Defendants. | |

Plaintiff ANDREW VISTICA ("Plaintiff") and Defendants U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE, and FEDERAL HOME LOAN MORTGAGE CORP. ("Defendants"), by and through their respective counsel, hereby submit this Stipulation for

Dismissal and Proposed Order of Dismissal.

1.  WHEREAS, Plaintiff has agrees to dismiss this action in its entirety with prejudice, under Federal Rule of Civil Procedure 41(a)(1); and

2.  WHEREAS, the parties to this action, through their conduct, have rendered this action moot; and

3.  WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter; and

4.  WHEREAS, the parties to this action agree, through their respective attorneys, that Plaintiff dismiss this action in its entirety, with prejudice, each side bearing its own costs.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

Dated: September 8, 2014　　　　　　　　**HAPPE REID, PC**

　　　　　　　　　　　　　　　　　　　　By: */s/ Thomas D. Reid*
　　　　　　　　　　　　　　　　　　　　　　Thomas D. Reid

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　ANDREW VISTICA

Dated: September 8, 2014　　　　　　　　**Duane Morris LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Robert M. Fineman*
　　　　　　　　　　　　　　　　　　　　　　Robert M. Fineman
　　　　　　　　　　　　　　　　　　　　　　Christian Foote

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　U.S. BANK NATIONAL ASSOCIATION, U.S.
　　　　　　　　　　　　　　　　　　　　BANK HOME MORTGAGE, and FEDERAL
　　　　　　　　　　　　　　　　　　　　HOME LOAN MORTGAGE CORP.

/
/ / /
/ / /
/ / /
/ / /

1  Based on the foregoing and good cause appearing therefor, the stipulation of the parties to
2  dismiss this action with prejudice is accepted and made the order of this Court.
3  IT IS SO ORDERED

Dated: _9/8/2014                              /s/ John A. Mendez_____
                                              John A. Mendez
                                              United States District Court Judge